**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS TIEFENTHALER, on behalf of himself and others similarly situated,<br>    Plaintiff,<br><br>    vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) **Case No. 1:19-cv-11632-WGY**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, between the above-named Plaintiff Hans Tiefenthaler, by his attorneys, Anthony I. Paronich and Gary M. Klinger, and Defendant Progressive Direct Insurance Company ("Progressive"), by its attorneys, Gregory T. Everts, Zachary S. Foster, Julia Wittman, and Christopher A. Callanan (collectively hereinafter "the Parties"), that all claims brought by the Plaintiff against Progressive in the above-entitled action are hereby dismissed with prejudice and without an award of attorneys' fees or costs to either party. Plaintiff's dismissal is voluntary and effective pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

QB\64489822.1

Dated this 3rd day of September, 2020.

| HANS TIEFENTHALER | PROGRESSIVE DIRECT INSURANCE COMPANY |
|---|---|
| By: | By: |
| */s/ Anthony I. Paronich* | */s/ Gregory T. Everts* |
| Anthony Paronich, Esq.<br>PARONICH LAW, P.C..<br>350 Lincoln St., Suite 2400<br>Hingham, MA 02043<br>Telephone: (617) 485-0018<br>anthony@paronichlaw.com | Gregory T. Everts (*admitted pro hac vice*)<br>QUARLES & BRADY LLP<br>33 East Main Street, Suite 900<br>Madison, WI 53703<br>(608) 283-2460<br>gregory.everts@quarles.com |
| Gary M. Klinger (*admitted pro hac vice*)<br>MASON LIETZ & KLINGER LLP<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone:  (847) 208-4585<br>gklinger@masonllp.com | Zachary S. Foster (*admitted pro hac vice*)<br>QUARLES & BRADY LLP<br>101 East Kennedy Blvd., Suite 3400,<br>Tampa, FL 33602<br>(813) 387-5273<br>zachary.foster@quarles.com |
| ***Attorneys for Plaintiff*** | Julia Wittman (*admitted pro hac vice*)<br>QUARLES & BRADY LLP<br>411 East Wisconsin Avenue, Suite 2400<br>Milwaukee, WI 53202<br>(414) 277-5331<br>julia.wittman@quarles.com |
| | Christopher A. Callanan<br>CALLANAN LAW LLP<br>177 Huntington Avenue Suite 1703<br>PMB 70409<br>Boston, MA 02115-3153<br>(p) 617-330-7575<br>(f) 857-241-3037<br>ccallanan@callanan-law.com |
| | ***Attorneys for Progressive Direct Insurance Company*** |

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2020, I caused the foregoing to be electronically served on all counsel of record via the Court's CM/ECF System.

*/s/ Gregory T. Everts*
Gregory T. Everts

QB\64489822.1